AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff* <br> v. <br> ERIK SCHOTT <br> *Defendant* | Civil Action No. 4:20CV1754 NAB |

## ALIAS
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Erik Schott
204 Rainbow Lake Drive
Villa Ridge, MO 63089

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony J. Debre
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/3/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:20CV1754 NAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Erik Schott__
was received by me on *(date)* __2/17/21 @ 3:07 PM__

☒ I personally served the summons on the individual at *(place)* __204 Rainbow Lake Dr, Villa Ridge, MO 63089__ on *(date)* __2/17/21 @ 3:07 PM__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/17/21__

_____
*Server's signature*

__Noel E. Baugh__
*Printed name and title*

__144 Lincoln Place Ct, Suite 4
Belleville, IL 62221__
*Server's address*

Additional information regarding attempted service, etc:

# PROOF OF SERVICE

| | |
|---|---|
| NAME OF PERSON TO BE SERVED: **ERIK SCHOTT** | CASE NUMBER: **4:20CV1754 NAB** |
| DATE SERVED: 2/17/21 | TIME SERVED: 3:07 PM |

Place where served: 204 Rainbow Lake Drive, Villa Ridge, MO 63089

NAME OF SERVER: Noel E. Baugh       TITLE: INVESTIGATOR

Paper served: ☒ Summons and Complaint   ☐ Subpoena   ☐ Other _____

✓ CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE ✓

☒ Served personally upon ERIK SCHOTT    Sex: M   Race: W   Age: 35

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left: _____
Sex: ___ Race: ___ Age: ___

Further, I do hereby certify that I have deposited in the United States Postal Mail Box, a copy of the documents in a sealed envelope with postage fully prepaid, addressed to the individual to be served. Date mailed: ___/___/___

☐ Other (specify) _____

☐ NON SERVICE (specify) _____

## DECLARATION OF SERVER

I declare under penalty of the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on 2/17/21
Date

Signature of Server

Hurst Investigation Services, Inc.
144 Lincoln Place Court – Suite-4
Belleville, IL 62221

Illinois Detective Agency
License # 117-001248

Subscribed and sworn to before me this 17 day of February, 2021

[Official Seal: Cynthia A. Helfrich, Notary Public - State of Illinois, Commission Expires October 10, 2021]

Notary Public

Date and time of attempts:

**Attempts to serve:**

**Additional Information**
2/4/2021 - DQH